IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
*WESTERN DIVISION*

**EARL AND MAXCINE ROSS**                                                                 **PLAINTIFFS**

**VERSUS**                                            **CIVIL CASE NO.:  5:17cv46-DCB-MTP**

**QUALITY HOMES OF MCCOMB, INC.**
**MISS LOU MOBILE HOME MOVERS, LLC**
**PLATINUM HOMES, LLC**
**JOEY HARBIN and U.S. BANK, N.A.**                                         **DEFENDANTS**

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO SHOW CAUSE ORDER**

**COME NOW,** Plaintiffs, Earl and Maxcine Ross, by and through undersigned counsel, and hereby request an enlargement of time to file a response to the Opinion and Show Cause Order regarding Defendants, Joey Harbin and U. S. Bank, N.A..  That the United States District Judge entered an Order giving said plaintiffs until November 27, 2017 to respond.  Plaintiffs will show as follow, to-wit:

**1.**     That this Court has jurisdiction of the matter.

**2.**     That the Plaintiffs' response to the Show Cause Order is due in this court on November 27, 2017.

**3.**     That the Opinion and Show Cause Order was filed November 16, 2017. Due to the Thanksgiving holiday and other commitments on the calendar, said attorneys need additional time to respond to the Court's order.

**4.**     That due to counsel's schedule, which includes depositions, hearings, and other extenuating circumstances, counsel has been unable to complete the response to the aforementioned motion which is due on November 27, 2017, and that additonal time is required on the approaching deadline.

5. That the plaintiffs have consulted with the defendant, U. S. Bank and that defendant does not oppose this motion. That plaintiffs telephoned counsel for defendant, Joey Harbin, and was informed that counsel whose appearance is filed in this case is no longer with the firm, and advised that the firm is no longer handling the case for defendants, Platinum and Harbin. Further, that the firm has no forwarding information for counsel of record. No other counsel has filed an appearance on defendant's behalf.

6. Therefore, the Plaintiffs request that this honorable Court will grant an extension of time up to and including December 12, 2017.  That said request for enlargement of time is not made for purposes of mere delay.  Thus, a continuance should be granted.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiffs, respectfully request this Honorable Court for an enlargement of time up to and including December 12, 2017, to fully and completely respond to the Opinion and Show Cause Order filed on November 16, 2017.

**RESPECTFULLY SUBMITTED,** this the 21st day of November, 2017.

        **Earl and Maxcine Ross, Plaintiffs**

        by: /s/ Angela T. Miller
         Attorney for the Plaintiffs

**Charles E. Miller (MSB# 8330)**
**Angela T. Miller   (MSB#8398)**
**Miller & Miller Attorney at Law**
**116 Fifth Avenue * Post Office Box 1303**
**McComb, Mississippi 39648**
charlesemiller@millerlawyers.com
cm39648@gmail.com
angelamiller@millerlawyers.com
atmiller39648@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 19th day of July, 2017, I electronically filed the foregoing instrument of writing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

GRAYSON R. LEWIS
GWIN, LEWIS, PUNCHES & KELLEY, LLP.
Counsel for U.S. Bank, N. A.
BOX 1344
NATCHEZ, MS 39121
grayson@gwinlawfirm.com

TODD G. CRAWFORD, ESQ.
FOWLER RODRIGUEZ
Counsel for Joey Harbin
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Email: tcrawford@frfirm.com

                                                  /s/ Angela T. Miller